■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMORY J. WINSTON, Appellant. [858 NYS2d 645]—Appeal from a judgment of the Erie County Court (Sheila A. DiTullio, J.), rendered July 19, 2006. The judgment convicted defendant, upon a jury verdict, of criminal possession of a controlled substance in the fifth degree, false personation and improper license plates.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Smith, Centra, Lunn and Pine, JJ.